WILSON TURNER KOSMO LLP
DANIEL C. GUNNING (259642)
AUDREY W. SURRIDGE (318838)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: dgunning@wilsonturnerkosmo.com
E-mail: asurridge@wilsonturnerkosmo.com

Attorneys for Defendant
AT&T SERVICES, INC.

HERSHEY LAW, P.C.
BRENNAN M. HERSHEY (311464)
16255 Ventura Boulevard, Suite 1205
Encino, CA 91436
Telephone: (310) 929-2190
Facsimile: (310) 929-6060
E-mail: brennan@hersheylaw.com

Attorneys for Plaintiff
STACEY BRONNON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STACEY BRONNON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC. a corporation; and DOES 1 THROUGH 50 inclusive.<br><br>Defendants. | Case No. 2:20-cv-00257-CJC-PJW<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>District Judge: Cormac J. Carney<br><br>Magistrate Judge: Patrick J. Walsh<br><br>Complaint Filed: August 8, 2019<br>Trial Date: March 23, 2021 |

-1-   Case No. 2:20-cv-00257-CJC-PJW

JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(2), Plaintiff Stacey Bronnon ("Plaintiff") and Defendant AT&T Services, Inc. ("Defendant"), hereby file this Joint Stipulation to request a Court Order to dismiss all of Plaintiff's claims against Defendant with Prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: January 7, 2021    **WILSON TURNER KOSMO LLP**

By: /s/Daniel C. Gunning
DANIEL C. GUNNING
AUDREY W. SURRIDGE
Attorneys for Defendant
AT&T SERVICES, INC.

Dated: January 7, 2021    HERSHEY LAW, P.C.

By: /s/Brennan M. Hershey
Brennan M. Hershey
Attorneys for Plaintiff
STACEY BRONNON

### ATTESTATION

I hereby certify that authorization for the electronic signatures in this document has been obtained from each of the other signatories shown above and that the content of the document is acceptable to all signatories.

s/Daniel C. Gunning
Daniel C. Gunning