FILED
CLERK, U.S. DISTRICT COURT
1/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STACEY BRONNON, an individual;

Plaintiff,

v.

AT&T SERVICES, INC. a corporation; and DOES 1 THROUGH 50 inclusive.

Defendants.

Case No. 2:20-cv-00257-CJC-PJW

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

District Judge: Cormac J. Carney

Magistrate Judge: Patrick J. Walsh

Complaint Filed: August 8, 2019
Trial Date: March 23, 2021

Pursuant to the Parties' Joint Stipulation, the Court hereby dismisses Plaintiff's Complaint with prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: January 7, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE